UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIA RUSCELLI,

                                                  Plaintiff,       **NOTICE OF APPEARANCE**

                                                                              No. 23-CV-7475 (LB)

    – against –

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                                                  Defendant.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant The Department of Education of the City of New York in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              November 9, 2023

                                                **HON. SYLVIA O. HINDS-RADIX**
                                                Corporation Counsel of the City of New York
                                                Attorney for the Defendant
                                                100 Church Street, Room 2-109(d)
                                                New York, New York 10007
                                                (212) 356-4382
                                                rettienn@law.nyc.gov

                                                By:     */s/ Roosevelt B. Ettienne*
                                                                 Roosevelt B. Ettienne
                                                                Assistant Corporation Counsel

    To:     Maria Ruscelli **(via ECF)**
             *Pro-se Plaintiff*