

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ROOSEVELT B. ETTIENNE<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-4382<br>E-mail: rettienn@law.nyc.gov<br>*Email not for service* |
|---|---|---|

November 9, 2023

**BY ECF**
Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Maria Ruscelli v. The Department of Education of the City of New York
              No. 23-CV-7475 (LB)

Dear Judge Bloom:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for the Defendant, The Department of Education of the City of New York, in the above-referenced action.

    I write, in accordance with Your Honor's Individual Rules, to respectfully request a forty-five (45) day extension of time for Defendant to respond to the complaint from November 14, 2023 to December 29, 2023. This is Defendant's first request for an adjournment and the *pro se Plaintiff* consents to this request. The requested extension is necessary because I was just recently assigned this case and need additional time to investigate the allegations of complaint and prepare an appropriate response.

    I thank the Court for consideration of this request.

                                    Respectfully submitted,

                                    *Roosevelt B. Ettienne*

                                    Roosevelt B. Ettienne, Esq.
                                    Assistant Corporation Counsel

cc:    **Maria Ruscelli (by Email and ECF)**
       *Pro se Plaintiff*
       2550 Independence Avenue, Apt 3M
       Bronx, NY 10463
       mariaruscelli@gmail.com