UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIA RUSCELLI,

                                  Plaintiff,        **NOTICE OF APPEARANCE**

                                                                              No. 23-CV-7475 (LB)

       – against –

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                                  Defendant.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE,** that I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant The Department of Education of the City of New York in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              December 14, 2023

                                                   **HON. SYLVIA O. HINDS-RADIX**
                                                   Corporation Counsel of the City of New York
                                                   Attorney for the Defendant
                                                  100 Church Street, Room 2-173
                                                  New York, New York 10007
                                                  (212) 356-2445
                                                  mknutson@law.nyc.gov

                                               By:    */s/ Madeleine A. Knutson*
                                                                Madeleine A. Knutson
                                                                Assistant Corporation Counsel

      To:      Maria Ruscelli **(via ECF)**
                 *Pro-se Plaintiff*