

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MADELEINE A. KNUTSON**
**ROOSEVELT B. ETTIENNE**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2445
mknutson@law.nyc.gov
rettienn@law.nyc.gov
*Email not for service*

December 29, 2023

**<u>Via Certified Mail, First Class Mail, and Email</u>**

Maria Ruscelli
Plaintiff – Pro Se
2550 Independence Avenue, Apt. 3M
Bronx, NY 10463
mariaruscelli@gmail.com

Re:  <u>Maria Ruscelli v. The Dep't of Ed. of the City of New York</u>
No. 23-CV-07475 (AMD)(LB)

As you know, I represent the Defendant in the above-referenced matter.  On December 29, 2023, I emailed and mailed to you the following: (1) Defendant's Notice of Motion to Dismiss the Complaint; (2) Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings; and (3) Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint.

Pursuant to Local Rule 7.2 of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, I am also enclosing copies of all cases cited in Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint that are unpublished or reported exclusively on computerized databases.

Sincerely,

/s/ Madeleine A. Knutson

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel

/s/ Roosevelt B. Ettienne

Roosevelt B. Ettienne, Esq.
Assistant Corporation Counsel

Encls.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

MARIA RUSCELLI,

                                                    Plaintiff,

                    -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK

                                                    Defendant.

---------------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY**
**FIRST    CLASS    CERTIFIED**
**MAIL**

Docket # 23CV07475

STATE OF NEW YORK

                              :ss.:

COUNTY OF **NEW YORK**          )

        Heidi Taylor Murray, being duly sworn, hereby attests, subject to the penalties of perjury, that on December 29, 2023, she served a true and correct copy of the foregoing (1) Defendants' Notice of Motion to Dismiss the Complaint (2) Notice to Pro Se Litigant Who Opposes A Rule 12 Motion Supported by Matters Outside the Pleadings; and (3) Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, upon the following person(s):

                    Maria Ruscelli
                    Plaintiff - ProSe
                    2550 Independence Avenue, Apt. 3M
                    Bronx, NY 10463

By depositing a copy enclosed in a properly prepaid First Class Certified Mail Wrapper to the above address in a post office box in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated:  New York, New York
        December 29, 2023

                                                    _Heidi Taylor Murray_
                                                    Heidi Taylor Murray

Sworn to before me this 29th  day of December 2023

_____
Notary Public

MISAEL MONTAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO0000056
Qualified in New York County
My Commission Expires 02-01-2027