UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: 111 - 97

| | |
|---|---|
| MARIA RUSCELLI | Index #: 23-CV-07475-LB |
| Plaintiff(s) | |
| -against- | Date Filed: |
| THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 24, 2023 at 02:22 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH SARAH JEAN CHARLES, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 28 | 5'4 | 160 |
| GLASSES | | | | | |

Sworn to me on:  October 24, 2023

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971-DCA

Docket #:      *1272653*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Maria Ruscelli | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| The Department of Education of the City of New York | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  23-cv-07475-LB

DEC 1 5 2023

PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Department of Education of the City of New York
Corporation Council
100 Church Street
New York NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pro se Petitioner

Maria Ruscelli
2550 Independence Avenue,
Apt. 3M
Bronx, NY 10463

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

CLERK OF COURT

Date:  10/05/2023

*Signature of Clerk or Deputy Clerk*