

| **HON. SYLVIA O. HINDS-RADIX** | THE CITY OF NEW YORK | **MADELEINE A. KNUTSON** |
| --- | --- | --- |
| *Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>Telephone: (212) 356-2445<br>E-mail: mknutson@law.nyc.gov<br>*Email not for service* |

January 16, 2024

**BY ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   Maria Ruscelli v. The Department of Education of the City of New York
            23-CV-07475-LB

Dear Judge Donnelly:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for the Defendant, The Department of Education of the City of New York, in the above-referenced action.

    I write, in accordance with Your Honor's Individual Rules, to respectfully request a thirty-four (34) day extension of time, from February 2, 2024 to March 7, 2024, for Maria Ruscelli, Plaintiff *pro se*, to file her opposition to Defendant's motion to dismiss. The date for Defendant to file its reply would be extended from February 16, 2024 to March 21, 2024. Although Plaintiff *pro se* requests the extension, the parties agree to the briefing schedule set forth herein. This is Plaintiff's first request for an extension of time.

    I thank the Court for consideration of this request.

                                                Respectfully submitted,

                                                */s/ Madeleine A. Knutson*

                                                Madeleine A. Knutson, Esq.
                                                Assistant Corporation Counsel

cc:    Maria Ruscelli (by email and mail)