UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIA RUSCELLI

                              Plaintiff,

– against –

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                              Defendant.
------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY FIRST CLASS CERTIFIED MAIL**

NO: 23-CV-07475 (AMD)(LB)

STATE OF NEW YORK
                  : ss.:
COUNTY OF **NEW YORK**   )

**Heidi Taylor Murray**, duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On **January 17, 2024** the deponent served the annex **PROPOSED BRIEFING SCHEDULE** upon the following person or persons:

Maria Ruscelli
Plaintiff – Pro Se
2550 Independence Avenue, Apt. 3M
Bronx, NY 10463

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was:

By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

                                                _/s/ Heidi Taylor Murray_
                                                Heidi Taylor Murray

**Sworn to before me this
17th day of January, 2024**

_____
NOTARY PUBLIC

