REC'D IN PRO SE OFFICE
MAR 11 '24 PM 4:21

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MARIA RUSCELLI,   DOCKET NO. 23-CV-07475 (AMD) (LG)
        Plaintiff,

**AFFIDAVIT OF SERVICE**

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant

-----------------------------------------------------------------------X

I, Maria Ruscelli, am over the age of 18, and on March 7, 2024 I provided service via First Class mail on the Corporation Counsel at the address listed below in the matter captioned above. I served a copy of the Opposition To the Motion To Dismiss and all Exhibits at:

    Corporation Counsel
    100 Church Street,
    New York, N.Y. 10007
    Att: Attorney Madeleine Knutson

*/s/ Maria Ruscelli*
Maria Ruscelli

Sworn to Before Me on
March 11, 2024

_____
Notary Public

    PIYUSH B. SONI
    Notary Public, State of New York
    No. 01SO6038647
    Qualified in Kings County
    Commission Expires March 20, 2026