UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

**MARIA RUSCELLI**

                **Plaintiff,**

– against –

**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,**

                **Defendant.**

------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE BY FIRST CLASS CERTIFIED MAIL**

**NO: 23-CV-07475 (AMD)(LB)**

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF **NEW YORK**  )

**Heidi Taylor Murray**, duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On **March 21, 2024** the deponent served the annexed **DECLARATION OF ASSISTANT CORPORATION COUNSEL MADELEINE A. KNUTSON IN SUPPORT OF DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT; REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT; RULE 7.2 COVER LETTER AND UNPUBLISHED OR COMPUTERIZED CASES,** upon the following person:

    Maria Ruscelli, Pro Se
    2550 Independence Avenue, Apt. 3M
    Bronx, NY 10463

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was:

    By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

                                                          **Heidi Taylor Murray**

Sworn to before me this
21st day of March, 2024

_____
NOTARY PUBLIC

JAMEL BROWNE
Notary Public, State of New York
No. 01BR6425044
Qualified in New York County
Commission Expires Nov. 15, 2025