UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIA RUSCELLI,

                Plaintiff,                        JUDGMENT
                                                     23-CV-7475 (AMD) (LB)

                -against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------ X

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 3, 2024, granting the defendant's motion to dismiss; and dismissing the complaint with prejudice; it is

       ORDERED and ADJUDGED that the defendant's motion to dismiss is granted; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                                                  Brenna B. Mahoney
       September 5, 2024                                                        Clerk of Court

                                                                                  By: */s/Jalitza Poveda*
                                                                                    Deputy Clerk