UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

MARIA RUSCELLI,



*Rec. in one drive 10/1/24 rg

                Plaintiff      DOCKET NO. 23-CV-07475 (AMD)(LB)

-against-

                                    F.R.C.P. RULE 60(b)(1)(2)(3)
                                    NOTICE OF MOTION TO
REC'D IN PRO SE OFFICE                ALTER AND AMEND THE
SEP 30 '24 PM 4:47                        SEPTEMBER 5, 2024
                                         JUDGMENT

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

                Defendants

_____x

PLEASE TAKE NOTICE that Plaintiff pro se Maria Ruscelli will move this Court before the Honorable Ann M. Donnelly, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an order giving Plaintiff the opportunity to submit an Amended Complaint.

Dated: September 30, 2024

                                                Maria Ruscelli

TO: (Via Mail and Email)
     NYC Law Department
     Madelaine Knutson

                                                09/30/2024
PIYUSH B SONI
Notary Public, State of New York
No. 01SO6038647
Qualified in Kings County
Commission Expires March 20, 2026

