

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MADELEINE A. KNUTSON**
*Assistant Corporation Counsel*
Telephone: (212) 356-2445
E-mail: mknutson@law.nyc.gov
*Email not for service*

October 19, 2024

**BY ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Maria Ruscelli v. The Department of Education of the City of New York
23-CV-07475-LB

Dear Judge Donnelly:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and attorney for the Defendant, The Department of Education of the City of New York, in the above-referenced action.

I write, in accordance with Your Honor's Individual Rules, to respectfully request a ten (10) day extension of time, from October 22, 2024 to November 1, 2024, for Defendant to file its opposition to Plaintiff's Motion for Reconsideration. The date for Plaintiff to file her reply would be extended from November 5, 2024, to November 15, 2024. The undersigned attempted to contact Plaintiff *pro se* on October 16, 2024, and October 18, 2024, but was not able to reach her to obtain consent. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Reconsideration.

I thank the Court for consideration of this request.

Respectfully submitted,

*/s/ Madeleine A. Knutson*

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel

cc:    Maria Ruscelli (by email and mail)