

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MADELEINE A. KNUTSON**
*Assistant Corporation Counsel*
Telephone: (212) 356-2445
E-mail: mknutson@law.nyc.gov
*Email not for service*

November 6, 2024

**BY ECF**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Maria Ruscelli v. The Department of Education of the City of New York
            23-CV-07475-LB

Dear Judge Donnelly:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the Defendant, The Department of Education of the City of New York, in the above-referenced action.

    I write, in accordance with Your Honor's Individual Rules, to respectfully request a ten (10) day extension of time, from November 15, 2024 to November 25, 2024, for Maria Ruscelli, Plaintiff *pro se*, to file her reply to Plaintiff's motion for reconsideration. This is Plaintiff's first request for an extension of time to reply to Plaintiff's motion for reconsideration and Defendant consents.

    I thank the Court for its consideration of this request.

                                                        Respectfully submitted,

                                                       */s/ Madeleine A. Knutson*
                                                       Madeleine A. Knutson, Esq.
                                                       Assistant Corporation Counsel

cc:    Maria Ruscelli (by email and mail)