Generated: Feb 4, 2026 2:43PM                                                                                                   Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Feb 4, 2026 2:43PM

Maria Ruscelli

| Rcpt. No: 100025035 | | Trans. Date: Feb 4, 2026 2:43PM | | | Cashier ID: #TS (6977) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | DNYE123CV007475<br>**FBO**: Maria Ruscelli | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #55024020887 | 02/4/2026 | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.